■ BEVERLY PFEIFFER et al., Respondents, v. DAWN McCALL et al., Appellants. MILDRED STEPIEN, Respondent, v. COUNTY OF WYOMING et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ AGNES SCHLOOP, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and order dismissing appeal vacated, on condition that original record and printed appellant's briefs are filed on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ ANTHONY CINELLI, Appellant, v. CUTHBERT R. SAGER et al., Respondents.— Motion granted to appeal on typewritten papers; appeal dismissed unless records and briefs are filed and served on or before November 1, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ ALBERT FREEDMAN v. MANUFACTURERS AND TRADERS TRUST Co. et al.— Time for argument of appeal extended to include October 1960 Term on condition that respondent's brief, or a demand therefor pursuant to rule VII of the rules of this court, is filed on or before October 6, 1960.

■ ALEXANDER H. SACILOWSKI, Appellant, v. JOSEPH WOJCIK, Respondent.— Motion to extend time denied and appeal dismissed. Memorandum: This motion was returnable on September 13, 1960, and was adjourned at the request of appellant's counsel to September 20, 1960. The requested relief is to modify a conditional order of this court made on July 1, 1960, dismissing the appeal unless records and appellant's brief were filed and served on or before August 10, 1960. On this application appellant seeks modification of the conditional order to grant leave to file and serve records and briefs on or before September 15, 1960. That date has passed and nothing has been filed. The appeal should be dismissed.

■ SOPHIE HINES, Appellant, v. RUBY CHINN, Respondent.— Motion granted and time for argument of appeal extended to include October 1960 Term on condition appellant's briefs are filed on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ JEANETTE HAVER, Appellant, v. ANTHONY SPINA, Respondent. BRADDOCK PHINNEY, Appellant, v. ANTHONY SPINA, Respondent. LYNDA PRESLEY, Appellant, v. ANTHONY SPINA, Respondent.— Appeals dismissed unless records and briefs are filed and served on or before October 14, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LEIS, Appellant.— Motion to dismiss appeal denied. Motion granted to prosecute appeal on certified copy of judgment roll, five typewritten briefs, time for argument of appeal enlarged to include November 1960 Term and John C. Putnam, Jr., of Buffalo, assigned as counsel to conduct appeal.

■ In the Matter of ALMA SHAVER.— Appeal dismissed unless records and appellant's briefs are filed and served on or before September 29, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY, Appellant, v. W. WILKINS, as Warden, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.